UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 2:19-cv-03054-JHS
                                        Plaintiff,               :
                                                                 :
                       vs.                                       :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
108.36.94.181,                                                   :
                                                                 :
                                        Defendant.               :
                                                                 :
-----------------------------------------------------------------X
```

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

Plaintiff, Malibu Media, LLC respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference (the "Motion"), filed July 31, 2019 [CM/ECF 6], and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address.

2. Defendant's Internet Service Provider (the "ISP"), can correlate Defendant's IP address to a subscriber.

3. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service no later than October 10, 2019. Without the Defendant's identifying information, Plaintiff will be unable to comply with the service deadline and will therefore be requesting an extension.

5. Without permission to serve the subpoena on the ISP, Plaintiff cannot learn the

1

Defendant's identity and is therefore unable to proceed with its case.

6.      Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case.  Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated: September 27, 2019

>Respectfully submitted,
>
>FIORE & BARBER, LLC
>
>By:  /s/ *Christopher P. Fiore*
>     Christopher P. Fiore, Esquire
>     418 Main Street, Suite 100
>     Harleysville, PA 19438
>     Tel: (215) 256-0205
>     Fax: (215) 256-9205
>     Email:  cfiore@fiorebarber.com
>     PA Attorney ID: 83018
>     **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>By: /s/ *Christopher P. Fiore*