UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | Civil Action No. 2:19-cv-03054-JHS |
| vs. | |
| MARK RAY, | |
| Defendant. | |

---

### ORDER ON PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Fifth Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 8, 2020, to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**

1